UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESINIA URIBE ROJO, on behalf of herself, FLSA Collective Plaintiffs, and the Class,<br><br>      Plaintiff,<br><br>-v-<br><br>LAKEVIEW SECURITY & INVESTIGATIONS, INC., et al.,<br><br>      Defendants. | CIVIL ACTION NO.: 24 Civ. 5729 (JPO) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

The Court is in receipt of and has reviewed Plaintiffs' Motion for Conditional Collective Certification (ECF No. 25 (the "Motion")), Defendants' Opposition to the Motion (ECF Nos. 38–40), and Plaintiffs' Reply in Support of the Motion (ECF No. 43). A conference to discuss the Motion is scheduled for **Wednesday, January 29, 2025 at 11:00 a.m.** in Courtroom 18A, 500 Pearl Street, New York, New York (the "Conference").

Dated:  New York, New York
     January 3, 2025

                SO ORDERED.

                _/s/ Sarah L. Cave_
                SARAH L. CAVE
                **United States Magistrate Judge**