UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESINIA URIBE ROJO, on behalf of herself, FLSA Collective Plaintiffs, and the Class,

                      Plaintiff,

-v-

LAKEVIEW SECURITY & INVESTIGATIONS, INC., et al.,

                      Defendants.

CIVIL ACTION NO.: 24 Civ. 5729 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the conference held today, January 29, 2025 (the "Conference")—at which the Court discussed Plaintiff's pending Motion for Conditional Collective Certification, potential amendment of the Complaint, and revisions to the Proposed Collective Notice (together, the "Proposed Changes")—the parties are directed to meet and confer and to file by **Friday, February 7, 2025**, a joint letter regarding the Proposed Changes and respective plans to proceed in this action.  In addition, the parties shall order a transcript of the Conference and file it on the docket.  The parties shall submit a single request to etranscripts@nysd.uscourts.gov by **Friday, January 31, 2025**, and shall select the "7 Day" option for service.

Dated:      New York, New York
              January 29, 2025

                                            SO ORDERED.

                                            _____
                                            **SARAH L. CAVE**
                                            **United States Magistrate Judge**