UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESINIA URIBE ROJO, on behalf of herself, FLSA Collective Plaintiffs, and the Class,

                      Plaintiff,

-v-

LAKEVIEW SECURITY & INVESTIGATIONS, INC., et al.,

                      Defendants.

CIVIL ACTION NO.: 24 Civ. 5729 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On March 10, 2025, the Court granted a Motion to Withdraw filed by Forchelli Deegan Terrana LLP, which had previously represented Defendants Lakeview Security & Investigations Inc. ("Lakeview"), Anthony D'Gracia ("D'Gracia"), and Eric Scott ("Scott," with Lakeview and D'Gracia, "Defendants") in this action. (See ECF No. 58). The Court then stayed this case for 30 days—until April 9, 2025—to allow Defendants to find and retain new counsel. (Id. at 5). On April 10, 2025, Defendant D'Gracia, who is the President of Lakeview, filed a letter requesting additional time for Defendants to retain counsel. (ECF No. 60).

Defendants' request is GRANTED, and this matter shall remain stayed for an additional 30 days—until **Wednesday, May 14, 2025**—by which date counsel for Defendants shall file a notice of appearance on the docket. Defendants are reminded that, although D'Gracia and Scott may proceed without counsel in this matter, corporations like Lakeview cannot proceed pro se. See Jacobs v. Pat. Enf't Fund, Inc., 230 F.3d 565, 568 (2d Cir. 2000). Accordingly, the failure to retain counsel to represent Lakeview may lead to entry of a default and a default judgment against it. See Fed. R. Civ. P. 55(a).

The Clerk of Court is respectfully directed to email a copy of this Order to Defendant D'Gracia at [adgracia@lakeview.pro](adgracia@lakeview.pro) and to mail a copy of this Order to Lakeview Security & Investigations, Inc. at 5835 Route 25, Calverton, NY 11933.

Dated:   New York, New York
April 14, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**