UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESINIA URIBE ROJO, on behalf of herself, FLSA Collective Plaintiffs, and the Class,

                          Plaintiff,

-v-

LAKEVIEW SECURITY & INVESTIGATIONS, INC., et al.,

                          Defendants.

CIVIL ACTION NO.: 24 Civ. 5729 (JPO) (SLC)

**ORDER TO INITIATE DEFAULT PROCEEDINGS**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendant, Lakeview Security & Investigations, Inc. ("Lakeview") was required to obtain counsel by June 13, 2025 (ECF No. 63). The Court provided Lakeview two extensions of time to obtain counsel. (ECF Nos. 61 and 63). To date, no counsel has filed a notice of appearance for Lakeview despite the Court's warning on May 15, 2025 that the Court may direct Plaintiff to initiate default proceedings against Lakeview if they failed to retain counsel by June 13, 2025. (ECF No. 63). Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **Monday July 30, 2025** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable J. Paul Oetken, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **Monday, July 7, 2025.** Given Lakeview's default, Plaintiff's motion for class certification (ECF No. 25) and motion for leave to file amended pleading (ECF No. 57) are hereby TERMINATED.

The Clerk of the Court is respectfully directed to close ECF Nos. 25 and 57.

Dated:        New York, New York
                 June 16, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge