UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESINIA URIBE ROJO, on behalf of herself, FLSA Collective Plaintiffs, and the Class,

                      Plaintiff,

    -v-

LAKEVIEW SECURITY & INVESTIGATIONS, INC., et al.,

                      Defendants.

CIVIL ACTION NO.: 24 Civ. 5729 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

One June 16, 2025, the Court ordered Plaintiff to initiate default proceedings against Defendant Lakeview Security & Investigations, Inc. (ECF No. 66, "June 16 Order"). Due to an error in the June 16 Order, the Court ADJOURNS the deadlines in the June 16 Order and ORDERS as follows:

1. Plaintiff shall request a Certificate of Default from the Clerk of Court by **Monday, July 7, 2025**.

2. Plaintiff shall file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable J. Paul Oetken, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 no later than **Monday, July 14, 2025.**

Dated:     New York, New York
            July 1, 2025

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge