UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YESINIA URIB ROJO,

        Plaintiff,

   v.

LAKEVIEW SECURITY & INVESTIGATIONS, INC.,
ANTHONY D'GRACIA, and ERIC SCOTT,

        Defendants.

Case No.: 1:24-cv-05729

**[PROPOSED]
DEFAULT JUDGMENT**

---

This action having been commenced on July 29, 2024, by the filing of the Summons and Complaint. Defendants LAKEVIEW SECURITY & INVESTIGATIONS, INC., ANTHONY D'GRACIA, and ERIC SCOTT having decided to intentionally neglect to proceed in this action, it is

**ORDERED, ADJUDGED AND DECREED**:

1. That Plaintiff YESINIA URIB ROJO, has judgment against Defendants LAKEVIEW SECURITY & INVESTIGATIONS, INC., ANTHONY D'GRACIA, and ERIC SCOTT, jointly and severally, for a total of **$491,254.86** in damages as follows:

| | |
|---|---:|
| Unpaid Overtime Premiums | $19,390.86 |
| Unpaid Overtime Wages due to Timeshaving | $58,172.57 |
| Liquidated Damages for Unpaid Wages and Premiums | $77,563.43 |
| Statutory Penalties for WTPA Violations | $10,000.00 |
| Discrimination Damages and Back Wages | $326,128.00 |
| **PLAINTIFF'S TOTAL DAMAGES** | **$491,254.86** |

Dated: _____
      New York, New York

_____
J. Paul Oetken
United States District Judge

This document was entered on the docket on

_____