UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESINIA URIBE ROJO, on behalf of herself, FLSA
Collective Plaintiffs, and the Class,

                          Plaintiff,

  -v-

LAKEVIEW SECURITY & INVESTIGATIONS, INC., et al.,

                         Defendants.

CIVIL ACTION NO. 24 Civ. 5729 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On January 12, 2026, the Honorable J. Paul Oetken ordered that default judgment as to liability is entered in favor of Plaintiff and against Defendants (Dkt. No. 78) and referred this case to the undersigned to conduct an inquest on damages and issue a report and recommendation. (Dkt. No. 79). Accordingly, is hereby **ORDERED** that:

1.  Plaintiff has submitted a memorandum of law, a supporting declaration from Plaintiff's counsel, and exhibits in support of her motion for default judgment. (Dkt. No. 72–74 (the "Damages Submission")).

2.  As noted by Judge Oetken in the Order granting Plaintiff's Motion for Default Judgment, "Plaintiff has not provided any declaration or affidavit from Plaintiff (or any other person 'with personal knowledge') or any other documentation" showing the "precise means" by which Plaintiff calculated "discrimination damages and back wages." (Dkt. No. 78 at 5). If Plaintiff wants the Court to consider whether she is entitled to any "discrimination damages," Plaintiff shall submit documentation supporting these damages

by **Wednesday, February 4, 2026**. <u>See</u> <u>Assure Global, LLC v. Anderson</u>, 763 F. Supp. 3d 476, 488 (S.D.N.Y. 2025) (stating that a plaintiff "bears the burden of establishing her entitlement to recovery and thus must substantiate her claim with evidence to prove the extent of damages").

3. Defendants shall submit their response to Plaintiff's Damages Submission, if any, no later than **February 18, 2026**. <u>IF DEFENDANTS (1) FAIL TO RESPOND TO PLAINTIFF'S DAMAGES SUBMISSION, OR (2) FAIL TO CONTACT MY CHAMBERS BY **February 18, 2026** AND REQUEST AN IN-COURT HEARING, I INTEND TO ISSUE A REPORT AND RECOMMENDATION CONCERNING DAMAGES BASED ON PLAINTIFF'S DAMAGES SUBMISSIONS ALONE WITHOUT AN IN-COURT HEARING.</u> <u>See</u> <u>Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp.</u>, 109 F.3d 105, 111 (2d Cir. 1997) ("'[I]t [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in a default judgment.'" (<u>quoting</u> <u>Fustok v. ContiCommodity Servs. Inc.</u>, 873 F.2d 38, 40 (2d Cir. 1989)).

Plaintiff is directed to serve the Damages Submission and this Order on Defendants and file proof of service on the docket by no later than **February 2, 2026**.

Dated:     New York, New York
January 28, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2