

## STOKES WAGNER

ATTORNEYS AT LAW

ATLANTA • ITHACA • LOS ANGELES • PITTSBURGH • SAN DIEGO • SAN FRANCISCO



March 12, 2026

<u>**Via ECF**</u>

The Honorable Sarah L. Cave
U.S. Magistrate Judge
United States District Court for the Southern District of New York
Daniel Patrick Moynihan Court
500 Pearl Street, Room 1670
New York, NY 10007

> **Re:** ***Yesinia Uribe Rojo v. Lakeview Security & Investigations, Inc. et al.***
> **Civil Action No. 24 Civ. 5729 (JPO) (SLC)**

Dear Judge Cave,

Defendants Lakeview Security & Investigations, Inc., Anthony D'Gracia, and Eric Scott (collectively "Defendants"), by and through their undersigned counsel, hereby request an extension of time to file their motion to vacate the certificates of default (the "Motion to Vacate").

1. Defendants' current deadline to file their Motion to Vacate is March 13, 2026, as established by this Court's order of February 27.

2. On March 12, 2026, counsel for Defendants conferred with counsel for Plaintiff who consented a one-week extension, through and including March 20, 2026, for the filing of the Motion to Vacate.

3. Undersigned counsel has only recently been retained and is still familiarizing himself with the circumstances of this case.

4. There have been no previous requests for extensions since the Court entered its order setting the deadline.  The extension of only one week is made in good faith and will not unreasonably delay these proceedings.

WHEREFORE, Defendants respectfully request that this Court continue the time within which Defendants may file their Motion to Vacate through and including, March 20, 2026.

March 12, 2026
Page **2** of **3**

Respectfully submitted this 12th day of March, 2026.

Sincerely,
**STOKES WAGNER, ALC.**

*/s/ Paul E. Wagner*

Paul Wagner
New York State Bar #: 207326
903 Hanshaw Road
Ithaca, New York 14850
(607) 257-5165
pwagner@stokeswagner.com

*Attorney for Defendants Lakeview Security & Investigations, Inc., Anthony D'Gracia, and Eric Scott*

---

Defendants' request at Dkt. No. 93 is GRANTED.  Defendants' deadline to file a motion to vacate the certificates of default is EXTENDED to **Friday, March 20, 2026.**  Plaintiff's deadline to file a response is EXTNEDED to **Friday, April 3, 2026.**  The deadline for Defendants to file a reply, if any, is EXTENDED to **Friday, April 10, 2026.**

The Clerk of the Court is respectfully directed to close Dkt. No. 93.

SO ORDERED   3/13/26

SARAH L. CAVE
United States Magistrate Judge

March 12, 2026
Page **3** of **3**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this date a copy of the foregoing "LETTER MOTION FOR
EXTENSTION OF TIME TO FILE MOTION TO VACATE" was electronically filed using
the Court's CM/ECF system which will automatically send copies of same to counsel of record
below:

C.K. Lee
Lee Litigation Group, PLLC
148 West 24th Street
Ste 8th Floor
New York, NY 10011
212-465-1180
212-465-1181 (fax)
cklee@leelitigation.com

*Counsel for Plaintiffs*

Dated: March 12, 2026

**STOKES WAGNER, ALC**

*/s/ Paul E. Wagner*

_____

Paul Wagner
903 Hanshaw Road
Ithaca, New York 14850
(607) 257-5165
pwagner@stokeswagner.com

*Attorneys for Defendants Lakeview*
*Security & Investigations, Inc., Anthony*
*D'Gracia, and Eric Scott*