UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
YESINIA URIBE ROJO, on behalf of herself,
FLSA Collective Plaintiffs, and
the Class,

                Plaintiffs,                          No. 24-cv-05729-JPO-SLC

v.

LAKEVIEW SECURITY &
INVESTIGATIONS, INC.,
ANTHONY D'GRACIA, and
ERIC SCOTT,

                Defendants.
-------------------------------------------------------------X

### STIPULATION AND ORDER TO VACATE THE CERTIFICATES OF DEFAULT AND SET ASIDE THE ORDER GRANTING DEFAULT JUDGMENT AGAINST DEFENDANTS LAKEVIEW SECURITY & INVESTIGATIONS, INC., ANTHONY D'GRACIA, AND ERIC SCOTT

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the Parties that:

1. The Certificate(s) of Default [ECF Doc. No. 70] against LAKEVIEW SECURITY & INVESTIGATIONS, INC., ANTHONY D'GRACIA, and ERIC SCOTT (collectively, "Defendants") is vacated and the Order Granting Default Judgment [ECF Doc. No. 78] is set aside;

2. The Parties agree that this stipulation is entered into to permit resolution of this action on the merits and without prejudice to any party's claims or defenses; and

3. This stipulation does not waive any rights, claims or defenses of any party.

1

Dated: March 27, 2026

STOKES WAGNER, ALC

C.K. Lee
Lee Litigation Group, PLLC
148 West 24th Street
Ste 8th Floor
New York, NY 10011
212-465-1180
212-465-1181 (fax)
cklee@leelitigation.com

*Attorneys for Plaintiff*

Dated: March 27, 2026

STOKES WAGNER, ALC

*/s/ Paul E. Wagner*

Paul E. Wagner
NY State Bar #: 207326
STOKES WAGNER ALC
903 Hanshaw Road
Ithaca, New York 14850
(607) 257-5165
pwagner@stokeswagner.com

*Attorneys for Defendants Lakeview Security*
*& Investigations, Inc., Anthony D'Gracia,*
*and Eric Scott*

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
YESINIA URIBE ROJO, on behalf of herself,
FLSA Collective Plaintiffs, and
the Class,

               Plaintiffs,                               No. 24-cv-05729-JPO-SLC

v.

LAKEVIEW SECURITY &
INVESTIGATIONS, INC.,
ANTHONY D'GRACIA, and
ERIC SCOTT,

               Defendants.
-----------------------------------------------------------X

**ORDER**

Upon the foregoing stipulation, it is hereby:

ORDERED that the Certificate(s) of Default entered against Defendants LAKEVIEW

SECURITY & INVESTIGATIONS, INC., ANTHONY D'GRACIA, and ERIC SCOTT (ECF No.

70) are VACATED and the Order Granting Default Judgment [ECF Doc. No. 78] is set aside.

     SO ORDERED.

Dated:  March 27, 2026

                                                J. PAUL OETKEN
                                      United States District Judge

3