UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESINIA URIBE ROJO, on behalf of herself, FLSA Collective Plaintiffs, and the Class,<br><br>    Plaintiff,<br><br>  -v-<br><br><br>LAKEVIEW SECURITY & INVESTIGATIONS, INC., et al.,<br><br>    Defendants. | CIVIL ACTION NO. 24 Civ. 5729 (JPO) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the stipulation and Order vacating default judgment against Defendants (Dkt. No. 98), the parties are ORDERED to meet and confer and file an amended proposed case management plan by **Monday, April 6, 2026,** including a briefing schedule for any motion for conditional collective certification of a class.

Dated:     New York, New York
           March 30, 2026

SO ORDERED.

SARAH L. CAVE
**United States Magistrate Judge**