UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| YESINIA URIBE ROJO, on behalf of herself, FLSA Collective Plaintiffs, and the Class, |
| Plaintiff, |
| -v- |
| LAKEVIEW SECURITY & INVESTIGATIONS, INC., et al., |
| Defendants. |

CIVIL ACTION NO. 24 Civ. 5729 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of the parties' joint proposed case management plan. (Dkt. No. 100). A telephonic conference to discuss the parties' proposals is scheduled for **Thursday, April 9, 2026 at 10:15 a.m. ET** on the Court's conference line. The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

Dated:      New York, New York
            April 7, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**