UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESINIA URIBE ROJO, on behalf of herself, FLSA Collective Plaintiffs, and the Class,<br><br>                    Plaintiff,<br><br>    -v-<br><br><br>LAKEVIEW SECURITY & INVESTIGATIONS, INC., et al.,<br><br>                    Defendants. | CIVIL ACTION NO.: 24 Civ. 5729 (JPO) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the telephonic conference held today, April 9, 2026, the Court ORDERS as follows:

1.  Plaintiff shall file a motion to for leave to amend the Complaint ("MTA") and proposed amended complaint by **Monday, April 20, 2026**; Defendants shall file any opposition to the MTA by **Friday, May 22, 2026**; and Plaintiff shall file a reply, if any, by **Friday, May 29, 2026**.

2.  The Court holds the entry of a Case Management Plan in abeyance pending resolution of the MTA and the conference scheduled below.

3. A telephonic status conference is scheduled for **Tuesday, May 12, 2026 at 11:00 a.m. ET** on the Court's conference line.  The parties are directed to call 1-855-244-8681; access code: 2308 226 4654 at the scheduled time.

Dated:       New York, New York
             April 9, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2