UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YESINIA URIBE ROJO, on behalf of herself, FLSA Collective Plaintiffs, and the Class,<br><br>                         Plaintiff,<br><br>  -v-<br><br><br>LAKEVIEW SECURITY & INVESTIGATIONS, INC., <u>et al.</u>,<br><br>                    Defendants. | CIVIL ACTION NO.: 24 Civ. 5729 (JPO) (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the telephonic conference held today, May 12, 2026, the Court ORDERS as follows:

1. Based on the lack of opposition to Plaintiff's motion to for leave to amend the Complaint (<u>See</u> Dkt. Nos. 57 (the "MTA"); 104; 105), the MTA is GRANTED. By **Tuesday, May 19, 2026**, Plaintiff shall file the Amended Complaint, which shall be the operative pleading in this action.

2. By **Wednesday, May 27, 2026**, the parties shall submit a joint letter indicating whether they anticipate a stipulation to collective certification and proposing a discovery schedule.

Dated:      New York, New York
            May 12, 2026

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**

2