# LEE LITIGATION GROUP, PLLC

148 WEST 24TH STREET, EIGHTH FLOOR
NEW YORK, NY 10011
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:     212-465-1188
cklee@leelitigation.com

May 27, 2026

**Via ECF**

The Honorable Sarah L. Cave
United States Courthouse
Southern District of New York
500 Pearl Street, Room 2230
New York, New York 10007

Re:     *Rojo v. Lakeview Security & Investigation, Inc., et al.*
Case No.: 1:24-cv-05729-JPO-SLC

Dear Judge Cave:

We represent Yesinia Uribe Rojo and Luciano Villa ("Plaintiffs") in the above-referenced matter. We write, jointly with Defendants, to respectfully inform the Court that, following the Court's May 12, 2026 conference, the parties have met and conferred regarding scheduling, including today, May 27, 2026. The parties respectfully request a brief extension of time, up to and including June 1, 2026, by which date the parties will either submit a jointly proposed Case Management Plan or, if agreement cannot be reached, each party will submit its own proposed Case Management Plan for the Court's review.

We thank the Court for Its time and consideration on this matter.

Respectfully submitted,

/s/ C.K. Lee
C.K. Lee, Esq.

cc: all parties via ECF

> Plaintiffs' request at Dkt. No. 114 is GRANTED.  By **Monday, June 1, 2026**, the parties shall file a proposed case management plan and a joint letter indicating whether they anticipate a stipulation to collective certification.
>
> The Clerk of the Court is respectfully directed to close Dkt. No. 114.
>
> SO ORDERED   5/28/26
>
> SARAH L. CAVE
> United States Magistrate Judge