UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESINIA URIBE ROJO, on behalf of herself, FLSA
Collective Plaintiffs, and the Class,

                              Plaintiff,

    -v-

LAKEVIEW SECURITY & INVESTIGATIONS, INC., et
al.,

                              Defendants.

CIVIL ACTION NO.: 24 Civ. 5729 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Pursuant to the telephonic conference held today, July 12, 2026 (the "Conference"), the Court ORDERS as follows:

1.  Defendants' request to bifurcate discovery is **DENIED**. (Dkt. No. 120-3). The Court will So Order the Plaintiff's Proposed Case Management Plan (Dkt. No. 120-2, the "PCMP"), with the amendments discussed during the Conference.

2.  By **Tuesday, July 7, 2026**, the parties shall request a copy of the transcript of today's conference using the annexed form.

3.  By **Friday, July 10, 2026**, Plaintiff is to serve on Defendants' counsel a redline of their proposed Second Amended Complaint (the "SAC"), correcting for the issues discussed during the Conference. By **Friday, July 17, 2026**, Defendants' Counsel shall meet and confer with Plaintiff's counsel regarding the SAC. By **Friday, July 24, 2026**, Plaintiff shall file what the Court hopes will be an agreed SAC.

4. A telephonic discovery status conference is scheduled for **Thursday, August 13, 2026 at 10:00 a.m. ET** on the Court's conference line.  The parties are directed to call: (855) 244-8681; access code: 2308 226 4654, at the scheduled time.

5. By **Friday, August 7, 2026**, the parties shall submit a joint letter, not to exceed 750 words, indicating any ripe discovery issues for the Court at that time.

Dated:       New York, New York
             July 2, 2026

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request).
Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE  SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ |

| | |
|---|---|
| Your Name | |
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|