UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESINIA URIBE ROJO, on behalf of herself, FLSA collective Plaintiffs, and the Class,

Plaintiff,

-v-

LAKEVIEW SECURITY & INVESTIGATIONS, INC., et al.,

Defendants.

CIVIL ACTION NO.: 24 Civ. 5729 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Stokes Wagner's motion to withdraw as counsel of record for Defendants Lakeview Security & Investigations, Inc., Anthony D'Garcia, and Eric Scott (together, "Defendants"), pursuant to Local Civil Rule 1.4 and to stay these proceedings. (Dkt. No. 126 (the "MTW")). Stokes Wagner states that "[a] copy of this [MTW] is being sent to the Defendants via electronic mail concurrent with its filing." (Dkt. No. 126-1 at ¶ 13). Stokes Wagner, however, has not filed proof of service of the MTW on Defendants as required by Local Civil Rule 1.4(b). Accordingly, by **July 21, 2026**, Stokes Wagner shall file proof of service of the MTW on the Defendants as required by Local Civil Rule 1.4(b).

Further, the deadlines specified in the Court's July 2, 2026 order (Dkt. No. 124), as well as the telephone conference scheduled for August 13, 2026 at 10:00 a.m., are **ADJOURNED** sine die pending the outcome of the MTW. (Dkt. No. 124).

Dated: New York, New York
July 14, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**