UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIANO DAVID VILLA, on behalf of himself, FLSA Collective Plaintiffs, and the Class,

Plaintiff,

-v-

LAKEVIEW SECURITY & INVESTIGATIONS, INC., et al.,

Defendants.

CIVIL ACTION NO.: 24 Civ. 5729 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On August 11, 2026, the Court granted a Motion to Withdraw filed by Stokes Wagner, ALC (the "Firm"), which had previously represented Defendants Lakeview Security & Investigations Inc. ("Lakeview"), Anthony D'Gracia ("D'Gracia"), and Eric Scott ("Scott," with Lakeview and D'Gracia, "Defendants") in this action. (Dkt. No. 138). The Court then stayed this case for 30 days—until September 10, 2026—to allow Defendants to find and retain new counsel. (Id. at 4). To date, Defendants have neither had new counsel appear on their behalf nor sought additional time to retain new counsel.

As a one-time courtesy, the Court sua sponte **EXTENDS** Defendants time to retain new counsel to **September 25, 2026**. Defendants are reminded that, although D'Gracia and Scott may proceed without counsel in this matter, corporations like Lakeview cannot proceed pro se. See Jacobs v. Pat. Enf't Fund, Inc., 230 F.3d 565, 568 (2d Cir. 2000) ("it is settled law that a corporation cannot generally appear in federal court except through its lawyer"). Accordingly, the failure to retain counsel may lead to entry of a certificate of default and a default judgment. See Fed. R. Civ. P. 55(a).

Plaintiff shall serve a copy of this order via email to Defendant D'Garcia at adgracia@lakeview.pro and Defendant Scott at eric@cswmarine.com and file proof of service on the docket by **September 15, 2026**.

The Clerk of Court is respectfully directed to: (i) mail a copy of this Order to Defendant D'Gracia at 6 Rosemary Court, Manorville, NY 11949; (ii) mail a copy of this Order to Defendant Scott at both 112 Pine Street, Port Jefferson, NY 11776 and 4167 Eagle Watch Boulevard, Palm Harbor, FL 34685; and (iii) to mail a copy of this Order to Lakeview Security & Investigations, Inc. at 5835 Route 25, Calverton, NY 11933. (See Dkt. No. 139).

Dated: New York, New York
September 11, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**