UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIANO DAVID VILLA, on behalf of himself, FLSA Collective Plaintiffs, and the Class,

Plaintiff,

-v-

LAKEVIEW SECURITY & INVESTIGATIONS, INC., et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 5729 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the Court's Orders at Dkt. Nos. 142 (the "First Order") and 144 (the "Second Order"), Plaintiff Luciano David Villa ("Plaintiff") was required to file proof of email service on Defendants Anthony D'Gracia and Eric Scott (together, the "Individual Defendants") of the First Order by September 29, 2026 and the Second Order by October 1, 2026. (Dkt. Nos. 142; 144). To date, Plaintiff still has not filed either required proof of service.

As a one-time courtesy, the Court sua sponte **EXTENDS** Plaintiff's deadline to file the proof of email service of the First Order and Second Order on the Individual Defendants up to and including **October 6, 2026**.

Dated: New York, New York
October 2, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**