UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YESINIA URIBE ROJO, on behalf of herself, FLSA Collective Plaintiffs, and the Class,

Plaintiff,

-v-

LAKEVIEW SECURITY & INVESTIGATIONS, INC., et al.,

Defendants.

CIVIL ACTION NO.: 24 Civ. 5729 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

On August 11, 2026, the Court granted a Motion to Withdraw filed by Stokes Wagner, ALC (the "Firm"), which had previously represented Defendants Lakeview Security & Investigations Inc. ("Lakeview"), Anthony D'Gracia ("D'Gracia"), and Eric Scott ("Scott," with Lakeview and D'Gracia, "Defendants") in this action. (Dkt. No. 138). The Court then stayed this case for 30 days—until September 10, 2026—to allow Defendants time to find and retain new counsel. (Id. at 4). The Court subsequently extended Defendants' time to obtain new counsel to October 26, 2026. (Dkt. Nos. 140; 142; 144). To date, although new counsel has now appeared for Scott (Dkt. Nos. 147-48), no new counsel has appeared on behalf of Defendants Lakeview and D'Gracia.

The Court presumes that Defendant D'Gracia intends to proceed without counsel in this action, which is permissible because he is an individual who may proceed pro se. Lakeview, a corporation, however, cannot proceed pro se. (Dkt. No. 138 at 4; see Dkt. Nos. 52 at 2; 58 at 5; 140 at 1). See Jacobs v. Pat. Enf't Fund, Inc., 230 F.3d 565, 568 (2d Cir. 2000) ("[I]t is settled law that a corporation cannot generally appear in federal court except through its lawyer.").

As a final courtesy, the Court sua sponte **EXTENDS** Lakeview's time to retain new counsel to **November 10, 2026**. As Lakeview has been repeatedly warned, its failure to retain counsel may lead to entry of a certificate of default and a default judgment. See Fed. R. Civ. P. 55(a).

By **October 30, 2026**, Plaintiff shall serve a copy of this Order via email on Defendant D'Gracia at adgracia@lakeview.pro.

The Clerk of Court is respectfully directed to mail a copy of this Order to Defendant D'Gracia at 6 Rosemary Court, Manorville, NY 11949 and to mail a copy of this Order to Lakeview Security & Investigations, Inc. at 5835 Route 25, Calverton, NY 11933. (See Dkt. No. 139).

Dated: New York, New York
October 27, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**