UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LUCIANO DAVID VILLA, on behalf of himself, FLSA Collective Plaintiffs, and the Class,

Plaintiff,

-v-

LAKEVIEW SECURITY & INVESTIGATIONS, INC., et al.,

Defendants.

CIVIL ACTION NO. 24 Civ. 5729 (JPO) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the Court's Order at Dkt. Nos. 149 (the "Order"), Plaintiff Luciano David Villa ("Plaintiff") was required to file proof of email service on Defendant Anthony D'Gracia ("D'Gracia") of the Order by October 30, 2026. (Dkt. Nos. 149). To date, Plaintiff has not filed the required proof of service.

As a one-time courtesy, the Court sua sponte **EXTENDS** Plaintiff's deadline to file the proof of email service of the Order on D'Gracia up to and including **November 4, 2026**.

Dated: New York, New York
November 2, 2026

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**